

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMII L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
        150 Almaden Blvd., Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5056
7       FAX: (408) 535-5066
        Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9

10                          UNITED STATES DISTRICT COURT
11                         NORTHERN DISTRICT OF CALIFORNIA
12                                  SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,    ) No. CR 06-00258 JF
                                  )
15 |         Plaintiff,            )
                                  ) [PROPOSED] ORDER EXCLUDING TIME
16 |    v.                        ) FROM THE SPEEDY TRIAL ACT
                                  ) CALCULATION (18 U.S.C. §§ 3161(h)(8)(A)
17 | MARGARITA ZAMORA-CUIDAS,     ) & 3161(h)(8)(B)(iv))
                                  )
18 |         Defendant.            )
                                  )
19 | _____ )

20

21

22         On April 13, 2006, the parties appeared before the Court for a detention hearing and an

23  arraignment on an indictment. After the defendant was arraigned and entered a plea of not guilty,

24  the parties scheduled an appearance before the Honorable Judge Fogel on May 10, 2006 at 9:00

25  a.m. Assistant United States Attorney Susan Knight then requested an exclusion of time under

26  the Speedy Trial Act from April 13, 2006 until May 10, 2006 in order for the government to

27  provide discovery to Assistant Federal Public Defender Jay Rorty. The defendant, through

28  AFPD Rorty, agreed to the exclusion. The parties stipulated and agreed that an exclusion under

[PROPOSED] ORDER TO EXCLUDE TIME
CR 06-00258 JF

1  the Speedy Trial Act was appropriate based on the defendant's need for effective preparation of
2  counsel.
3  SO STIPULATED.                                KEVIN V. RYAN
                                                 United States Attorney
4
   DATED:_____                          _____/s/_____
5                                                SUSAN KNIGHT
                                                 Assistant United States Attorney
6
7  DATED:_____                          _____/s/_____
                                                 JAY RORTY
8                                                Assistant Federal Public Defender
9
10         Accordingly, the Court HEREBY ORDERS that the time between April 13, 2006 and
11 May 10, 2006 is excluded under the Speedy Trial Act. The Court finds that the failure to grant
12 the requested continuance would deny the defendant effective preparation of counsel. The Court
13 finds that the ends of justice served by granting the requested continuance outweigh the best
14 interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal
15 cases. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C.
16 §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).
17 IT IS SO ORDERED.
18
19 Dated  4/14/06                                 _____
                                                 PATRICIA V. TRUMBULL
20                                               United States Magistrate Judge

[PROPOSED] ORDER TO EXCLUDE TIME                 2
CR 06-00258 JF