**E-filed 8/8/06**

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney

5

6  150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056

7  FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

8
   Attorneys for Plaintiff
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00258 JF |
| ) | CR 02-40179 JF |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CHANGING STATUS HEARING |
| MARGARITA ZAMORA-CUIDAS, ) | DATE |
| ) | |
| Defendant. ) | SAN JOSE VENUE |
| ) | |

The above-referenced matter is currently scheduled for August 16, 2006 at 9:00 a.m. for a status appearance. The undersigned parties jointly request that the hearing be moved up to August 9, 2006 at 9:00 a.m.

SO STIPULATED:                    KEVIN V. RYAN
                                  United States Attorney

DATED:_____               _____
                                  SUSAN KNIGHT
                                  Assistant United States Attorney

DATED:_____               _____
                                  VICKI H. YOUNG
                                  Counsel for Ms. Zamora-Cuidas

STIPULATION AND [PROPOSED] ORDER

1

1  Accordingly, the Court HEREBY ORDERS that the status hearing be moved to August
2  9, 2006 at 9:00 a.m.
3  SO ORDERED.
4
5  DATED: 8/8/06                                    _____
6                                                   JEREMY FOGEL
                                                    United States District Judge