KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Susan.Knight@usdoj.gov

Attorneys for Plaintiff

**efiled 10/19/06

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARGARITA ZAMORA-CUIDAS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 02-40179 JF <br>     CR 06-00258 JF <br><br> [PROPOSED] ORDER CONTINUING STATUS HEARING |

    Assistant United States Attorney Susan Knight and defendant Margarita Zamora-Cuidas, through her counsel, Vicki Young, respectfully request that the status hearing currently scheduled for October 18, 2006 be continued to November 8, 2006. The parties are negotiating a plea agreement and need additional time in order to finalize the details of the agreement.

//

//

//

//

[PROPOSED] ORDER TO CONTINUE HEARING
CR 02-40179 JF/CR 06-00258 JF

1 | SO STIPULATED.                    KEVIN V. RYAN
  |                                   United States Attorney
2 |
  | DATED:_____                   /s/
3 |                                   _____
  |                                   SUSAN KNIGHT
  |                                   Assistant United States Attorney
4 |
5 | DATED:_____                   /s/
  |                                   _____
  |                                   VICKI H. YOUNG
6 |                                   Counsel for Ms. Zamora-Cuidas
7 |
8 |
  |     Accordingly, the Court HEREBY ORDERS that the status hearing be continued from
9 |
  | October 18, 2006 to November 8, 2006 at 9:00 a.m.
10|
11|
  | IT IS SO ORDERED.
12|
  |   10/18/06
13| _____
  | Dated                             JEREMY FOGEL
14|                                   United States District Judge

[PROPOSED] ORDER TO CONTINUE HEARING
CR 02-40179 JF/CR 06-00258 JF
                                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER TO CONTINUE HEARING
CR 02-40179 JF/CR 06-00258 JF

3